1   Steven A. Sherman, Esq.  Bar No. 113621
    **FERGUSON, PRAET & SHERMAN**
2   A Professional Corporation
    1631 East 18th Street
3   Santa Ana, California  92705-7101
    (714) 953-5300 Telephone
4   (714) 953-1143 Facsimile
    ssherman@law4cops.com
5
    Attorneys for Defendant City of Garden Grove
6

7

8                   UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11  LUIS MEJIA,                     )   NO. SACV06-1149 CJC(FFMx)
                                    )
12              Plaintiff,          )   **PROTECTIVE ORDER**
                                    )   **REGARDING DISCLOSURE**
13  v.                              )   **OF DOCUMENTS**
                                    )   **PRODUCED**
14  THE CITY OF GARDEN GROVE, and   )
    DOES 1 through 10, Inclusive,   )
15                                  )
                Defendants.         )
16  _____)

17

18

19

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

    **IT IS SO ORDERED:**
    _____

06-058

Date: March 17, 2008

_____
Hon. Cormac J. Carney
United States District Judge

**Protective Order:**

1.      Counsel for Defendants, City of Garden Grove and Officer Patrick Gildea, shall disclose to counsel for Plaintiff, records containing personnel information, including records of relevant citizen complaints, records of other arrests and incidences, and records of police procedures and training the police department deems confidential.

2.      Counsel for the plaintiff shall not convey, transfer, publish, distribute, copy, duplicate or disseminate the information so provided except as may be reasonably necessary for the prosecution of this litigation, by communicating with plaintiff, or investigators, consultants and experts retained on behalf of the plaintiff in this matter.

3.      Prior to the dissemination of any such information pursuant to this order, counsel for the plaintiff shall inform such person of the terms and conditions of this order and secure such person's agreement to be bound by it.

4.      Plaintiff, plaintiff's counsel, and plaintiff's investigators, consultants and experts, are expressly prohibited from utilizing the disclosed information for any purpose other than the prosecution of *Luis Mejia, Plaintiff v. the City of Garden Grove, et al.*, and SACV06-1149 CJC(FFMx) and the information disclosed shall not be utilized in any other proceeding or litigation, or for any other purpose.

5.      Plaintiff, plaintiff's counsel, and plaintiff's investigators, consultants and experts, are expressly prohibited from disclosing orally or otherwise the information subject to this Protective Order to any person other than those who are reasonably necessary for the prosecution  *Luis Mejia,*

*Plaintiff v. the City of Garden Grove, et al,* SACV06-1149 CJC(FFMx).

6.      Plaintiff, plaintiff's counsel, and plaintiff's investigators, consultants and experts, are expressly prohibited from duplicating, copying or otherwise distributing or disseminating any of the disclosed information to any person or entity.

7.      Counsel for each party shall take reasonable precaution to prevent the unauthorized or inadvertent disclosure of any of the protected information. Counsel shall take full and complete responsibility to ensure that any and all experts, consultants and investigators fully and completely comply with this Protective Order.

8.      In the event anyone shall violate or threaten to violate any terms of this Protective Order, the aggrieved party may immediately apply to obtain relief to this court against any such person violating or threatening to violate any of the terms of this order.  This court shall retain jurisdiction over the parties and any other persons subject to the terms of this order for the purpose of enforcing this order.  The court shall have the power to impose whatever penalties it deems appropriate for the violation of said order, including, but not limited to, monetary and judicial sanctions and contempt.

9.      At the final conclusion of this action, all disclosed materials will be returned to the counsel for the Defendants without request and within 30 days of the final judgment, including any appeals, if any.  Counsel for Plaintiff shall execute an affidavit of full compliance with this order and such original shall be turned over to the Defendants along with all items and materials referenced herein.

///

///

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

10.     This order shall survive the final termination of this action, to the extent that the information disclosed remains confidential and does not become known to the public, and the court shall retain jurisdiction to resolve any dispute concerning the use of the information disclosed herein.

1

## PROOF OF SERVICE

2

STATE OF CALIFORNIA, COUNTY OF ORANGE

3

I, Cathy Sherman, employed in the aforesaid County, State of
California; I am over the age of 18 years and not a party to the within action.

4

My business address is 1631 East 18th Street, Santa Ana, California  92705-
7101.

5

On March 13, 2008, served the **[PROPOSED] PROTECTIVE**

6

**ORDER REGARDING DISCLOSURE OF DOCUMENTS
PRODUCED** on the interested parties in this action by placing a true copy

7

thereof, enclosed in a sealed envelope, addressed as follows:

8

Elva P. Kopacz
LAW OFFICE OF ELVA P. KOPACZ

9

9042 Garfield Street, Suite 306
Huntington Beach, CA 92646

10

XXX  (By Mail)  I placed such envelope for deposit in accordance with office

11

practice, sealed, with postage thereon fully paid and the correspondence
to be deposited in the United States mail at Santa Ana, California on the

12

same day.

13

XXX (By e-filing) The above noted individuals are registered with the Court
to receive notice of electronically filed documents.  Per ECF rules, hard

14

copies must be served only on parties who are not set up for electronic
notification.

15

____  (By Personal Service) I caused such envelope to be delivered by hand to

16

the office of the addressee.

17

XXX  (Federal)  I declare under penalty of perjury that the foregoing is true
and correct, and that I am employed in the office of a member of the bar

18

of this Court at whose direction the service was made.

19

Executed on March 13, 2008, at Santa Ana, California.

20

21

___/s/ Cathy Sherman_____
Cathy Sherman

22

23

24

25

26

27

28