1  Steven A. Sherman, Esq.  Bar No. 113621
   Diana L. Field, Esq.  Bar No. 132435
2  FERGUSON, PRAET & SHERMAN
   A Professional Corporation
3  1631 East 18th Street
   Santa Ana, California  92701
4  (714) 953-5300
   (714) 953-1143 FAX
5  ssherman@law4cops.com
   artemislaw@aol.com
6
7  Attorneys for Defendant City of Garden Grove

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | | |
|---|---|---|
| 10 | LUIS MEJIA, | ) NO. SACV06-1149 CJC (FFMx) |
| 11 | Plaintiff, | ) **E-FILING** |
| 12 | vs. | ) [PROPOSED] JUDGMENT |
| 13 | THE CITY OF GARDEN GROVE, and DOES 1 through 10, Inclusive, | ) DATE:  **April 21, 2008**<br>) TIME:   **1:30 p.m.**<br>) CRT RM: **9B** |
| 14 | | ) |
| 15 | Defendants. | ) *[Filed concurrently with Notice &*<br>) *Motion; Points and Authorities;* |
| 16 | | ) *Separate Statement of Uncontroverted*<br>) *Facts & Conclusions of Law; Exhibits;* |
| 17 | | ) *Declaration of Diana L. Field re:*<br>) *Authenticity of Photocopies; and* |
| 18 | | ) *[Proposed] Order* |
| 19 | | ) |

20        This action came on for hearing before the Court, on April 21, 2008, Honorable
21  Cormac J. Carney, District Judge Presiding, on a Motion for Summary Judgment, filed
22  on behalf of Defendant, City of Garden Grove, and the evidence presented having
23  been fully considered, the issues having been duly heard and a decision having been
24  duly rendered.

25  / / /
26  / / /
27  / / /
28  / / /

IT IS ORDERED, ADJUDGED AND DECREED that the Plaintiff take nothing, that the action be dismissed on the merits and that Defendant, City of Garden Grove recover their costs in the amount of $_____.

DATED: May 21, 2008

_____
Honorable Cormac J. Carney
United States District Court Judge